KLUGER HEALEY, LLC
106 Apple St., Suite 302
Tinton Falls, NJ 07724
T: (732)852-7500
F: (888)635-1653
Attorneys for Defendants

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 13 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRISTINE S. ZHANG, | Civil Action No. 15-3466(LDW)(SIL) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| APEX SHIPPING CO. (NYC), INC., and WEI SUN, | |
| Defendants. | |

**IT IS HEREBY** stipulated and agreed, by the attorneys for the parties, that all claims by the Plaintiff in the above action against Defendants are hereby dismissed in their entirety and with prejudice, with each party bearing their own attorneys' fees and costs.

DAVID HARRISON, ESQ.
Harrison Harrison & Assoc.
110 State Highway 35, 2nd Floor
Red Bank, New Jersey 07701
Attorneys for Plaintiff

_____
DAVID HARRISON
Dated:

KLUGER HEALEY, LLC
106 Apple St., Suite 302
Tinton Falls, New Jersey 07724
Attorneys for Defendants

_____
WILLIAM H. HEALEY
Dated:   So Ordered. Case is closed.

_____
Leonard D. Wexler, U.S.D.J.  9/13/16